# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PATEL, MARILYN H. | Northern District California | 05/11/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge USDC | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>P.O. Box 36060<br>San Francisco, CA 94102 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Patel, Marilyn.H

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALI-ABA, Litigating Employment Discrimination | March 5-7, 2009 | Scottsdale, AZ | Lecture/presentation | meals, lodging and transportation |
| 2. | ABTL | March 27-30, 2009 | Ojai, CA | Conference | meals, lodging and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Adobe Sys. Inc | | None | L | T | | | | | |
| 2. Aegean Marine Petro Inc. | A | Dividend | L | T | Buy | 9/14/09 | L | | |
| 3. Anadigics Inc. | | None | | | Sold | 8/21/09 | K | | |
| 4. Banco Bradesco | B | Dividend | L | T | | | | | |
| 5. Bank of America | A | Dividend | N | T | | | | | |
| 6. BB&T Corp. | A | Dividend | L | T | Buy | 9/14/09 | L | | |
| 7. BE Aerospace Inc. | | None | K | T | | | | | |
| 8. Boeing | C | Dividend | M | T | | | | | |
| 9. Chesapaeke Energy Corp. | A | Dividend | L | T | Buy | 9/30/09 | L | | |
| 10. China Medical Tech ADS | B | Dividend | K | T | | | | | |
| 11. China Sec & Surveillance | | None | | | Sold | 9/30/09 | J | | |
| 12. CIA Vale Do Rio Doce | A | Dividend | K | T | | | | | |
| 13. Ciena Corp. | | None | | | Sold | 8/21/09 | K | | |
| 14. Citigroup Inc. | B | Dividend | L | T | | | | | |
| 15. Citizens Rep. Bank Co. | | None | J | T | | | | | |
| 16. Cliffs Natural Res.Inc. | A | Dividend | M | T | Buy | 9/30/09 | L | | |
| 17. Cognizant Tech Sol. Cl. | | None | M | T | Buy | 8/21/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Colonial Bank Group | | None | | | Sold | 8/21/09 | J | | |
| 19. | Corning Inc. | A | Dividend | | | Sold | 9/30/09 | K | | |
| 20. | Countrywide Cap | | None | L | T | | | | | |
| 21. | Dow Chemical Co. | A | Dividend | M | T | Buy | 8/21/09 | M | | |
| 22. | Electric Arts Inc. | | None | | | Buy | 8/21/09 | L | | |
| 23. | Electric Arts Inc. | | None | | | Sold | 11/13/09 | L | | |
| 24. | Embraer Empresa Bras DDADS | | None | | | Sold | 11/13/09 | K | | |
| 25. | EMC Corp. | | None | K | T | | | | | |
| 26. | Emerson Electric Co. | C | Dividend | L | T | | | | | |
| 27. | Freeport McMoran | | None | M | T | | | | | |
| 28. | Fuel Systems Solutions | | None | M | T | Buy | 9/30/09 | M | | |
| 29. | Fushi Copperweld Inc. | | None | | | Sold | 6/27/09 | J | | |
| 30. | G Market Inc. | | None | | | Sold | 6/17/09 | K | | |
| 31. | Gafisa SA | A | Dividend | L | T | | | | | |
| 32. | Genco Shipping & Trading Ltd. | | None | L | T | Buy | 9/14/09 | L | | |
| 33. | General Electric Co. | A | Dividend | M | T | Buy | 9/30/09 | M | | |
| 34. | Harris Stratex Net | | None | K | T | Buy | 9/17/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hartford Fnl. Services Grp. | A | Dividend | L | T | Buy | 9/14/09 | L | | |
| 36. Hologic Inc. | | None | | | Sold | 8/21/09 | L | | |
| 37. Honeywell Int'l | D | Dividend | M | T | | | | | |
| 38. HSBC Hldgs PLC | B | Dividend | M | T | Buy | 8/21/09 | M | | |
| 39. Huntington Bancshs Inc. | A | Dividend | K | T | Buy | 6/12/09 | K | | |
| 40. ICICI Bank LTD | | None | M | T | Buy | 8/21/09 | M | | |
| 41. ING Groep NV | | None | | | Buy | 9/14/09 | L | | |
| 42. ING Groep NV | | None | | | Sold | 12/23/09 | L | D | |
| 43. Intel Corp. | B | Dividend | K | T | | | | | |
| 44. JP Morgan Chase | B | Dividend | O | T | Buy | 6/12/09 | N | | Add'l purchase |
| 45. Johnson Controls Inc. | A | Dividend | M | T | Buy | 8/21/09 | M | | |
| 46. Key Corp. Inc. | A | Dividend | M | T | Buy | 6/12/09 | M | | |
| 47. Kimco Realty Corp. | A | Dividend | L | T | Buy | 9/30/09 | L | | |
| 48. Marshall & Ilsley Corp. | A | Dividend | K | T | Buy | 8/21/09 | L | | |
| 49. Mechel OAO | | None | L | T | Buy | 9/30/09 | L | | |
| 50. Mitsubishi FNL. | A | Dividend | | | Sold | 9/30/09 | K | | |
| 51. Morgan Stanley | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mylan Inc. | | None | K | T | | | | | |
| 53. Nighthawk Radiology Inc. | | None | | | Sold | 9/30/09 | J | | |
| 54. Noble Int'l Ltd | | None | | | Sold | 8/21/09 | J | | |
| 55. Nokia C.P. | B | Dividend | | | Sold | 9/30/09 | K | | |
| 56. Raytheon Co. | A | Dividend | | | Sold | 9/30/09 | K | D | |
| 57. Regions Financial Corp. | A | Dividend | L | T | Buy | 6/12/09 | M | | |
| 58. Satyams Computer Svc | | None | K | T | Buy | 8/21/09 | L | | |
| 59. Schwab Cash Res. | C | Dividend | M | T | | | | | |
| 60. Sterlite Inds Ltd | A | Dividend | L | T | | | | | |
| 61. Sun Power Corp. | | None | | | Sold | 8/21/09 | K | | |
| 62. Suntech Power Hldgo. | | None | K | T | Buy | 6/12/09 | L | | |
| 63. Unimproved Lot (See note in Section VIII) | | None | L | W | | | | | Part VIII, #1 |
| 64. U.S. Bancorp. | A | Dividend | L | T | Buy | 8/21/09 | M | | |
| 65. Vale SA | A | Dividend | L | T | Buy | 6/12/09 | K | | |
| 66. Vimple Communications | B | Dividend | L | T | | | | | |
| 67. Wachovia (formerly World Savings) | A | Interest | K | T | | | | | World Savings Sold to |
| 68. Webster Financial Corp. | A | Dividend | L | T | Buy | 9/30/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Zoltek Co. | | None | | | Sold | 8/21/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Section VII (Investments and Trusts), No. 63: We have owned this lot since 1970. The value ascribed to it by the code reflects what appears to be values for other lots in the area that have gone on the market recently. It has not been appraised and the "current value" is only an approximation based on comparables.

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARILYN H. PATEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544